[No. 25672. *En Banc.* February 11, 1936.]

DOROTHY WILLIAMSON, *Appellant*, v. MARY WILLIAMSON, *Respondent.*[1]

*Spencer Gray* and *Eli M. Paulson,* for appellant.

*J. L. Corrigan,* for respondent.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adheres to the Departmental opinion heretofore filed herein, and reported in 183 Wash. 71, 48 P. (2d) .588.

[1]Reported in 54 P. (2d) 1215.